

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DARRELL JONES**                                                                                  **PLAINTIFF**

VS.                                                          CIVIL ACTION NO. 1:15-CV-85-LG-RHW

**ROBERT A. MYER, CAREGIVER SERVICES,**
**L.L.C. D/B/A COMFORT KEEPERS, AND**
**JOHN DOES 1-10**                                                                              **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME ON FOR CONSIDERATION, the parties joint motion, *ore tenus*, for dismissal with prejudice, of the above styled and numbered cause, and the Court, being advised that the parties have come to an accord and satisfaction, finds the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT this lawsuit should be and hereby is dismissed in its entirety and with prejudice, with each party to bear its own costs.

SO ORDERED, this the 22nd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____
DONALD W. MEDLEY, ESQ.
Attorney for Plaintiff Darrell Jones

_____
SCOTT ELLZEY, ESQ.
Attorney for Defendants Robert A. Myer and
Caregiver Services, L.L.C. d/b/a Comfort Keepers

1

PD 18550955.1